IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ELVIS DANIEL BETANCOURT | Violation: 18 U.S.C. § 1703(a) |

**Delay or Destruction of Mail by a United States Postal Employee
(Class D Felony)**

The Grand Jury Charges:

Between on or about February 4, 2025, and on or about February 9, 2025,

ELVIS DANIEL BETANCOURT,

a United States Postal Service employee, did unlawfully secrete, destroy, detain, and delay a letter, postal card, package, bag, and mail entrusted to him, and which had come into his possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier and other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by the authority of the Postmaster General and the Postal Service;

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JJO/js